IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RICO WILLIAMS**                                                                                 **PLAINTIFF**

**V.**                              **CASE NO. 2:18-CV-145-BSM-BD**

**JONNIE JONES**                                                                                **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**  **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. Mr. Williams may file written objections if he disagrees with the Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive the right to appeal questions of fact.

**II.**  **Discussion:**

Rico Williams, formerly an inmate at the St. Francis County Detention Facility, filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. Plaintiffs such as Mr. Williams who are not represented by counsel are required to keep the Court informed as to their current addresses. Local Rule 5.5.

On November 27, 2018, Mr. Williams was given thirty days to notify the Court of his new address, after papers Mr. Williams filed with the Court indicated that he had been

released from custody. (#5) The Court specifically cautioned Mr. Williams that his claims could be dismissed if he failed to comply with the Order. (#5) To date, Mr. Williams has failed to notify the Court of his current address, as ordered, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 27, 2018 Order.

DATED this 3rd day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE