IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICO WILLIAMS                                                                                      PLAINTIFF

v.                               CASE NO. 2:18-CV-00145 BSM

JONNIE JONES                                                                                    DEFENDANT

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 8] is adopted, and this case is dismissed without prejudice. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 23rd day of January 2019.

_____
UNITED STATES DISTRICT JUDGE